USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA BAILEY,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK; YUSEF SALAAM,
in his individual capacity and official capacity;
JORDAN J.G. WRIGHT, in his individual and
official capacity *as former City Council Chief of
Staff*; SHANNY HERRERA, in her individual and
official capacity,

                              Defendants.

1:25-CV-10152 (MMG)

ORDER OF SERVICE

MARGARET M. GARNETT, United States District Judge:

Plaintiff Theresa Bailey brings this action *pro se*, raising claims of retaliation and employment discrimination. She asserts claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1983, the New York State and City Human Rights Laws, and Section 40-c of the New York Civil Rights Law. Plaintiff sues: (1) the City of New York; (2) New York City Councilmember Yusef Salaam, in his official and individual capacities; (3) Salaam's former Chief of Staff Jordan J.G. Wright, in his official and individual capacities; and (4) Salaam's District Manager Shanny Herrera, in her official and individual capacities. Plaintiff seeks unspecified damages.

By order dated December 11, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. *See* Dkt. No. 5. The Court directs service on Defendants.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the USMS, the Clerk of Court is instructed to fill out USMS Process Receipt and Return forms ("USM-285 forms") for Defendants. The Clerk of Court is further instructed to issue summonses for Defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on each Defendant.

If summonses and the complaint are not served on Defendants within 90 days after the date that summonses for Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that summonses for Defendants be issued. The Court therefore extends the time to serve Defendants until 90 days after the date that summonses for Defendants are issued.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for Defendants the City of New York, Yusef Salaam, Jordan J.G. Wright, and Shanny Herrera; (2) complete a USM-285 form for each of those Defendants; and (3) deliver all documents necessary to effect service of a summons and the complaint on each of those Defendants to the USMS.

SO ORDERED.

Dated:   February 10, 2026
       New York, New York

                                     MARGARET M. GARNETT
                                    United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

1.  The City of New York
    Law Department
    100 Church Street
    New York, New York 10007

2.  Councilmember Yusef Salaam
    District Office
    163 West 125th Street
    Second Floor
    New York, New York 10027

3.  Jordan J.G. Wright
    Former Chief of Staff (District 9)
    163 West 125th Street
    Second Floor
    New York, New York 10027

4.  Shanny Herrera
    District Manager (District 9)
    163 West 125th Street
    Second Floor
    New York, New York 10027