UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA G. BAILEY,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/11/2026____

25-CV-10152 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is an employment discrimination case brought by *pro se* Plaintiff Theresa G. Bailey. She filed her complaint on December 6, 2025. Dkt. No. 1. The same day, she requested leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. The case was re-assigned to the undersigned on February 9, 2026. The next day, the Court issued an order of service. Dkt. No. 7.

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). Over ninety (90) days have passed since Plaintiff filed her complaint, and there is no proof of service on record. Nevertheless, through no fault of Plaintiff's, her case languished for over two months before its re-assignment. As a Plaintiff proceeding IFP, Plaintiff was entitled to the Court's assistance in effectuating service. *Walker v. Schult*, 717 F.3d 199, 123 n.6 (2d Cir. 2013). But she could not receive that assistance until February 9, 2026, when this matter was re-assigned and the undersigned issued an order directing service. As a result, fairness and equity require additional time for service. Accordingly, under the Court's Rule 4 authority, the Court *sua sponte* EXTENDS the deadline for service until **May 29, 2026**. This order is without prejudice to Plaintiff seeking an additional extension later, if appropriate or necessary. As a reminder, although Plaintiff is entitled to assistance in serving Defendants, it remains her responsibility to request a further extension if service is not effectuated by May 29, 2026. *Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

Dated: March 11, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge