**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jason Imbiano**
Tel.: (212) 356-8766
jimbiano@law.nyc.gov

July 2, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

*Re:* *Theresa G. Bailey v. The City of New York, et al.*, 25-cv-10152 (MMG)

Dear Judge Garnett:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, Steven Banks, attorney for Defendants the City of New York, Council Member Yusef Salaam, Assemblyman Jordan J.G. Wright and Shanny Herrera in the above-referenced action. I write to request a two-week extension to Defendants' deadline to respond to the Amended Complaint, from July 9 to July 23, 2026. The basis for the request is that the undersigned first became aware of the Amended Complaint, dated June 25, on June 30, 2026, and because I need time review the amendments to the complaint, prepare my response and have it reviewed by my supervisor and the client.

This is Defendants' first request for an extension, and if granted, no other deadlines would be impacted. Plaintiff does not consent to this request, citing her *pro se* status and nonspecific concerns about previous docket entries. Thank you for considering this request.

Respectfully submitted,
/s/ Jason Imbiano
Jason Imbiano
*Assistant Corporation Counsel*

Via ECF and USPS:
Theresa G. Bailey
232 West 116th Street
Unit #354
New York, NY 10026

GRANTED. Defendants' deadline to answer, move against, or otherwise respond to the Amended Complaint (Dkt. No. 28) is hereby EXTENDED until **July 23, 2026**. Because Plaintiff filed an amended complaint in lieu of an opposition, Defendants' May 26, 2026 motion to dismiss (Dkt. No. 23) is DENIED AS MOOT. As a reminder, if Defendants file a new motion to dismiss or a letter indicating they rely on the previous motion to dismiss, Plaintiff has thirty (30) days to oppose the motion, and Defendants' reply shall be due within seven (7) days of the opposition. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 23 and 29.

SO ORDERED. Dated July 7, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE